UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                :
UNITED STATES OF AMERICA                        :
                                                :
            -v-                                 :     98 Cr. 185 (JPC)
                                                :
ALBERTO RAPOSO,                                 :     ORDER
                                                :
                        Defendant.              :
                                                :
-------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

In a letter dated June 21, 2021 but docketed on June 28, 2021, Defendant Alberto Raposo requested that the Honorable Laura T. Swain appoint "new CJA counsel" to "represent [Defendant] on a compassionate release motion." Dkt. 82. Upon receipt of Defendant's June 21, 2021 letter, this case was reassigned to the undersigned. On June 30, 2021, the Court issued an order denying Defendant's request. Dkt. 83. The Court is now in receipt of another letter from Defendant, dated June 24, 2021 but docketed on July 2, 2021, also requesting that the Court appoint CJA counsel. Dkt. 84. Because Defendant has not made any argument in favor of release, the Court denies Defendant's second request for the reasons stated in its June 30, 2021 Order.

The Clerk of the Court is respectfully directed to mail a copy of this Order to Defendant Alberto Raposo to the address listed in Docket Number 82, and to terminate the motion pending at Docket Number 84.

SO ORDERED.

Dated: July 14, 2021
       New York, New York                    _____
                                                    JOHN P. CRONAN
                                                United States District Judge