```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
UNITED STATES OF AMERICA,                                          :
                                                                   :
                                                                   :
                                                                   :
              -v-                                                  :   98 Cr. 185 (JPC)
                                                                   :
                                                                   :   ORDER
                                                                   :
ALBERTO RAPOSO,                                                    :
                                                                   :
                    Defendant.                                     :
                                                                   :
-------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On August 11, 2022, Defendant filed a motion seeking a sentence reduction pursuant to the First Step Act, 18 U.S.C. § 3582(c)(1)(A). *See* Dkt. 86. It is hereby ORDERED that the Government shall respond to Defendant's motion by August 26, 2022. Defendant shall file his reply, if any, by September 2, 2022.

SO ORDERED.

Dated: August 12, 2022
       New York, New York

_____
JOHN P. CRONAN
United States District Judge