```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
UNITED STATES OF AMERICA,                                              :
                                                                       :
                                                                       :
                                                                       :
                  -v-                                                  :     98 Cr. 185 (JPC)
                                                                       :
ALBERTO RAPOSO,                                                        :          ORDER
                                                                       :
                              Defendant.                               :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

The Court will hear oral argument on Defendant Alberto Raposo's motion for a sentence reduction, Dkt. 86, on October 27, 2022, at 9:00 a.m. in Courtroom 12D of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007. Among other subjects, the parties should be prepared to address issue exhaustion and the decision in *United States v. Torres*, 464 F. Supp. 3d 651 (S.D.N.Y. 2020). The Court plans to allot approximately twenty minutes per side for argument.

SO ORDERED.

Dated: October 12, 2022
       New York, New York

                                                                    _____
                                                                          JOHN P. CRONAN
                                                                      United States District Judge