

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 8, 2022

**BY ECF AND EMAIL**
The Honorable John P. Cronan
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

      Re:    *United States v. Alberto Raposo*, 98 Cr. 185 (JPC)

Dear Judge Cronan:

      The Government respectfully writes to request an adjournment of the oral argument presently scheduled for November 28, 2022 at 4:00 p.m., as counsel for the Government will be beginning a trial that day before the Court. This is the second request for an adjournment of this oral argument, and defense counsel consents. The parties have conferred and are available on December 7 or 8, 2022.

      Respectfully submitted,

      DAMIAN WILLIAMS
      United States Attorney

      By: _____
      Madison Reddick Smyser
      Assistant United States Attorney
      (212) 637-2381

Cc:    Adele Bernhard, Esq.  (by ECF and email)

The request is granted. Oral argument on Defendant's motion for a sentence reduction, currently scheduled for November 28, 2022, is adjourned to December 8, 2022, at 10:00 a.m. in Courtroom 12D of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.

SO ORDERED.

November 9, 2022
New York, New York

      JOHN P. CRONAN
      United States District Judge