```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
UNITED STATES OF AMERICA,                                              :
                                                                       :
                            Plaintiff,                                 :
                                                                       :         98 Cr. 185 (JPC)
            -v-                                                        :
                                                                       :              ORDER
ALBERTO RAPOSO,                                                        :
                                                                       :
                            Defendant.                                 :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

      The Government shall respond to Defendant's renewed motion for compassionate release, Dkt. 104, by March 27, 2023.  Defendant may file a reply by April 10, 2023.

      SO ORDERED.

Dated: March 13, 2023
       New York, New York

                                                      JOHN P. CRONAN
                                                United States District Judge