UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
UNITED STATES OF AMERICA                                           :
:
      -v-                                                      :  98 Cr. 185 (JPC)
:
ALBERTO RAPOSO,                                                    :  ORDER
:
      Defendant.                                               :
:
-------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      The Government shall file a response to Defendant's motion for a sentence reduction, Dkt. 121, by March 6, 2025. The Government may incorporate by reference any prior arguments made in opposing Defendant's prior motions for sentence reductions, to the extent that those arguments remain unchanged.

      SO ORDERED.

Dated: February 20, 2025
       New York, New York
                                              JOHN P. CRONAN
                                        United States District Judge